UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRISTAN SMITH,                            )
                                          )
                    Plaintiff,            )     Case No.  C09-0095-JCC
                                          )
            v.                            )
                                          )     ORDER DISMISSING ACTION
RICHARD PENNINGTON, et al.,               )
                                          )
                    Defendants.           )
_____   )

     The Court, having reviewed plaintiff's complaint (Dkt. 4), the Report and

Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the balance of the

record, does hereby ORDER:

     (1)    The Court adopts the Report and Recommendation;

     (2)    Defendants' Motion For Summary Judgment (Dkt. 15) is GRANTED and

             plaintiff's complaint (Dkt. 4) is DISMISSED with prejudice;

     (3)    The Clerk of Court is directed to close the case and send copies of this Order to

             plaintiff and to Magistrate Judge Brain A. Tsuchida.

     DATED  this 27th day of July, 2009.


_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION – 1